*Solicitor General Biddle, Assistant Attorney General Arnold,* and *Messrs. Robert L. Stern, George A. McNulty, Gerard D. Reilly,* and *Irving J. Levy* for respondent.

No. 412. FIRST NATIONAL BANK OF CHICAGO ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 28, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Herbert Pope, Francis H. Uriell,* and *Benjamin M. Price* for petitioners. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch* and *Harry Marselli* for respondent.

No. 414. BOOTH FISHERIES CORP. *v.* COE, COMMISSIONER OF PATENTS. October 28, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. Henry M. Huxley, Benjamin V. Becker,* and *Frank Greenberg* for petitioner. *Solicitor General Biddle, Assistant Attorney General Shea,* and *Mr. Paul A. Sweeney* for respondent.

No. 415. ROETTER *v.* McKEY, TRUSTEE. October 28, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Harry Leroy Jones* for petitioner. *Mr. Charles R. Aiken,* and *Messrs. Benedict S. Deinard* and *George Edward Leonard* filed briefs in opposition.

No. 417. FUEL CREDIT CORPORATION *v.* HOWARD ET AL. October 28, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.